AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| LAURA SHAMES | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| EXPEDIA, INC. ET AL. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        See ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeff D. Friedman

                         HAGENS BERMAN SOBOL SHAPIRO LLP
                         715 Hearst Avenue, Suite 202
                         Berkeley, CA 94710
                         Telephone: (510) 725-3000; Facsimile: (510) 725-3001
                         jefff@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      10/22/2012

                                         Simone Voltz
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                        *Server's signature*

                                          _____
                                                        *Printed name and title*


                                          _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

*Shames v. Expedia, Inc. et al.*
**ATTACHMENT A**

| | |
|---|---|
| EXPEDIA, INC.<br>c/o registered agent National Registered Agents, Inc.<br>106 Greentree Drive, Suite 101<br>Dover, DE 19904 | BOOKING.COM (USA) INC.<br>c/o registered agent C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |
| TRAVELOCITY.COM LP<br>c/o registered agent Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | PRICELINE.COM INCORPORATED<br>c/o registered agent CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| INTERNCONTINENTAL HOTELS GROUP RESOURCES, INC.<br>c/o registered agent C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | STARWOOD HOTELS & RESORTS WORLDWIDE, INC.<br>c/o registered agent C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |
| MARIOTT INTERNATIONAL, INC.<br>c/o registered agent CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | HILTON WORLDWIDE, INC.<br>c/o registered agent CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| KIMPTON HOTELS & RESTAURANT GROUP, LLC<br>c/o registered agent Judith C. Miles<br>222 Kearny Street, Suite 200<br>San Francisco, CA 94108 | ORBITZ WORLDWIDE, INC.<br>c/o registered agent Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| SABRE HOLDINGS CORPORATION<br>c/o registered agent Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | TRUMP INTERNATIONAL HOTELS MANAGEMENT LLC<br>c/o registered agent National Registered Agents, Inc.<br>106 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| BOOKING.COM B.V.<br>Herengracht 597<br>1017 CE, Amsterdam, the Netherlands | HOTELS.COM LP<br>10440 North Central Expressway, Suite 400<br>Dallas, TX 75231 |